UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLETTA REED,

            Plaintiff,

v.

CITY OF DETROIT, et al.,

            Defendants.
_____/

Case No. 2:20-cv-11960

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated February 17, 2022, Plaintiff's § 1983 claims are dismissed with prejudice, and the state law claims are dismissed without prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ D. Parker
Deputy Clerk

Dated: February 17, 2022

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

1